FILED
CLERK, U.S. DISTRICT COURT

09/22/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:20-cr-00422-JFW |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(o)(1): Possession of Machineguns; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| CESAR ISAIS, | |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or before January 13, 2020, and continuing through at least on or about February 11, 2020, in Los Angeles County, within the Central District of California, defendant CESAR ISAIS, not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sale of the following firearms, on or about the following dates:

| Date | Firearms |
|---|---|
| January 15, 2020 | Two AR-15-type short barreled rifles, bearing no legitimate manufacturer's mark or serial number (also known as "ghost guns") |
| January 22, 2020 | Two Glock-type machine gun pistols, bearing no legitimate manufacturer's mark or serial number (also known as "ghost guns") |
| January 30, 2020 | A Barrett, model 99, .50 BMG caliber rifle, bearing serial number 3454 |
| February 11, 2020 | A DSA, Inc., model RPDS, 7.62x39mm caliber rifle, bearing serial number 012857 |

COUNT TWO

[18 U.S.C. § 922(o)(1)]

On or about January 22, 2020, in Los Angeles County, within the Central District of California, defendant CESAR ISAIS knowingly possessed two machineguns, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), namely, two Glock-compatible auto-switch conversion devices that were designed and intended for the purpose of converting a semi-automatic handgun into a fully-automatic machine gun, and which were attached to Glock-style pistols that did not bear a legitimate manufacturer's mark or serial number (also known as "ghost guns"), each of which defendant ISAIS knew to be a machinegun.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about January 30, 2020, in Los Angeles County, within the Central District of California, defendant CESAR ISAIS knowingly and intentionally distributed at least 50 grams, that is, approximately 343.98 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

KEVIN J. BUTLER
Assistant United States Attorney
General Crimes Section